UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| YAHIR MOYOTL CIELO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26-CV-1055-CCB-SJF |

**ORDER**

In a prior order, the court conditionally granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the respondent to release the petitioner if he was not provided with an individualized bond hearing on or before August 7, 2026. (ECF 7.) The respondent notified the court that the petitioner had a bond hearing on August 6, 2026.[1] (ECF 9.)

For these reasons, the court **DENIES** the motion to dismiss (ECF 10) as moot, and DIRECTS the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on August 24, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT

[1] After filing the notice of compliance, the respondent filed a motion to dismiss, stating that the petitioner has been granted voluntary departure and no longer wishes to proceed with the case. (ECF 10.) It is unclear if the respondent filed the motion in this case in error, as there is nothing left to resolve in this case. Additionally, although the motion is labeled as "joint," it is not signed by the petitioner's counsel. For completeness, judgment will be entered consistent with the court's prior ruling on the petition, and the respondent's motion to dismiss will be denied as moot.